IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THOMAS RAY GURULE,<br><br>　　　　　　　　　Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Respondent. | **MEMORANDUM DECISION AND ORDER DENYING MOTION TO APPOINT COUNSEL**<br><br>Case No. 2:16-cv-00625-DN<br><br>District Judge David Nuffer |

Petitioner Thomas Ray Gurule seeks appointment of counsel to assist in preparing and presenting a motion to correct the sentence imposed in his underlying criminal case (criminal no. 2:04-cr-00209-DN-1).[1] Mr. Gurule's Motion is procedurally improper. Judgment was entered in this case on July 10, 2018,[2] which denied and dismissed Mr. Gurule's § 2255 Motion.[3] The Judgment was not appealed, and the case is closed.[4] Therefore,

IT IS HEREBY ORDERED that Mr. Gurule's Motion[5] is DENIED.

Signed September 26, 2018.

BY THE COURT

David Nuffer
United States District Judge

---

[1] Request for Help in Appointment of Counsel ("Motion"), docket no. 12, filed Sept. 17, 2018.

[2] Judgment in a Civil Case ("Judgment"), docket no. 11, filed July 10, 2018.

[3] Motion Under 28 U.S.C. ¶ 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody ("§ 2255 Motion"), docket no. 1, filed June 10, 2016.

[4] If Mr. Gurule desires the appointment of counsel to raise new claims regarding the propriety of his sentence, he must do so in a separate case.

[5] Docket no. 12, filed Sept. 17, 2018.